# United States District Court
## *Southern District of Georgia*

DAWN M. KICKLIGHTER,

    Plaintiff,

                              JUDGMENT IN A CIVIL CASE

**v.**                      CASE NUMBER: CV214-088

MCINTOSH COUNTY BOARD OF COMMISSIONERS
and SAUNDRA "BOOTIE" GOODRICH, in her individual
capacity,

    Defendants.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on February 19, 2016, the Defendants' motion for summary judgment is GRANTED in part and DENIED in part. Defendant McIntosh County Board of Commissioners and Defendant Goodrich in her individual capacity, are DISMISSED from this case. Defendant Goodrich in her official capacity shall proceed to trial.



February 19, 2016
*Date*

Scott L. Poff
*Clerk*

*(By) Deputy Clerk*