# United States District Court
## Southern District of Georgia

DAWN M. KICKLIGHTER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV214-088

SAUNDRA GOODRICH,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 6, 2016, the Defendant's motion for summary judgment is GRANTED, judgment is ENTERED in favor of the Defendant, and this case stands CLOSED.

June 6, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk